

**U. S. Department of Justice**

*ROBERT J. HIGDON, JR.*
*United States Attorney*
*Eastern District of North Carolina*

---

*215 South Evans Street*
*Suite 206 U.S. Courthouse Annex*
*Greenville, North Carolina 27858*

*Telephone (252) 830-0335*
*FAX (252) 830-1132*
*www.justice.gov/usao/nce*

DATE: February 11, 2020

TO: Clerk's Office,
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: ROBERT J. HIGDON, JR.,
United States Attorney

ATTN OF: CHAD E. RHOADES,
Assistant United States Attorney

SUBJECT: United States v. Howard Pierce, et al  *CER*
No. 7:20-CR-20-1BO(3) - Southern Division
No. 7:20-CR-20-2BO(3) Southern Division

Please issue an arrest warrant for the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office. The warrant should be returnable before the U.S. Magistrate Judge.

cc: US Marshal Service
US Probation Office