UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-20-BO-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NOTICE OF WITHDRAWAL |
| v. | ) | OF GOVERNMENT'S MOTION |
| | ) | FOR REVOCATION |
| JONATHAN REVELS | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby withdraws its oral Motion to Stay the Release of the Defendant that occurred on March 19, 2020 in the above captioned matter.

Respectfully submitted, this the 20th day of March, 2020.

ROBERT J. HIGDON, Jr.
United States Attorney

BY: */s/ Chad E. Rhoades*
CHAD E. RHOADES
Assistant U.S. Attorney
Criminal Division
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461
Telephone: (919) 856-4286
Facsimile: (919) 856-4821
Email: chad.rhoades@usdoj.gov
N.C. Bar # 48041

# CERTIFICATE OF SERVICE

This is to certify that I have this the 20th day of March, 2020 served a copy of the foregoing Government's Notice upon the counsel for the defendant in this action by electronically filing the foregoing with the Clerk of court, using the CM/ECF system which will send notification of such filing to:

Bellonora McCallum
McCallum Law Firm, PLLC
4924 Windy Hill Drive, Suite B
Raleigh, NC 27609
2526434377
Fax: 919-869-2206
Email: bell@mccallumlawfirm.com

BY: /s/ Chad E. Rhoades
CHAD E. RHOADES
Assistant U.S. Attorney
Criminal Division
310 New Bern Avenue, Suite 800
Raleigh, NC   27601-1461
Telephone:   (919) 856-4286
Facsimile:   (919) 856-4821
Email: chad.rhoades@usdoj.gov
N.C. Bar # 48041