UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:20-CR-00020-BO-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | CONSENT MOTION TO CONTINUE |
| ) | APRIL 2ND NEW DETENTION HEARING |
| JONATHAN REVELS, ) | |
| Defendant ) | |

The defendant, Jonathan Revels, by and through counsel, hereby respectfully moves the Court to grant a continuance of the detention hearing from April 2, 2020. In support of this Motion, Mr. Revels states the following:

1. Attorney Bellonora McCallum, with the McCallum Law Firm was appointed to represent Mr. Revels on March 6, 2020. Counsel entered Notice of Appearance on March 6, 2020.
2. Undersigned Counsel just received additional information about potential 3rd party custodian and needs additional time to assist client with confirming an alternate 3rd party.
3. As such, undersigned Counsel respectfully requests that the detention hearing be continued accordingly to a later term of court.
4. Assistant United States Attorney Chad Rhoades was contacted prior to filing the motion and does not take a position on the motion to continue.
5. This motion is made in good faith and not for purposes of delay under 18 U.S.C. §3142(f).

WHEREFORE, the Defendant respectfully requests that the detention hearing be continued to a later term of court. A proposed order is submitted herewith.

Respectfully requested this 1st day of April, 2020.

/s/ Bellonora F. McCallum
BELLONORA F. MCCALLUM
Attorney for Defendant
327 North Queen Street, Suite 309
Kinston, NC 28501
Tele: 919-438-1396
Fax: 919-869-2206
Email: bell@mccallumlawfirm.com
North Carolina Bar No. 36923
Criminal CJA –Appointed Counsel

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing was served upon:

Chad Rhoades
Assistant United States Attorney
United States Attorney's Office - EDNC
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601

by electronically filing the foregoing with the Clerk of Court on April 1, 2020, using the CM/ECF system which will send notification of such filing to the above.

This the 1st day of April, 2020.

                                           /s/ Bellonora F. McCallum
                                           BELLONORA F. MCCALLUM
                                           Attorney for Defendant
                                           327 North Queen Street, Suite 309
                                           Kinston, NC 28501
                                           Tele: 919-438-1396
                                           Fax: 919-869-2206
                                           Email: bell@mccallumlawfirm.com
                                           North Carolina Bar No. 36923
                                           Criminal CJA –Appointed Counsel